UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WATKINS,

       Plaintiff,

                                    Case No. 1:15-cv-997

v.

                                    HON. ROBERT HOLMES BELL

CITY OF KALAMAZOO,

       Defendant.
_____/

## O R D E R

On October 1, 2015, Plaintiff Charles Watkins filed a *pro se* complaint in this Court, which named only the City of Kalamazoo as a Defendant. (ECF No. 1.) The City filed a motion to dismiss for improper service pursuant to Federal Rule of Civil Procedure 12(b)(5) and for failure to state a claim under Rule 12(b)(6). (ECF No. 5.) On April 19, 2016, United States Magistrate Judge Ray Kent issued a report and recommendation (R&R) (ECF No. 8), recommending that the complaint be dismissed. Subsequently, Plaintiff requested leave to amend his complaint. This Court noted that it agreed with the R&R, but allowed Plaintiff to amend his complaint within 30 days. Plaintiff has done so. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss (ECF No. 5) and the Report and Recommendation (ECF No. 8), which were based on Plaintiff's previous complaint, are **DENIED AS MOOT.**

Dated: July 11, 2016                                    /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE