UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WATKINS,

       Plaintiff,

                                     File No: 1:15-cv-997

v.

                                     HON. JANET T. NEFF

CITY OF KALAMAZOO,

       Defendant.

_____/

## ORDER APPROVING AND ADOPTING THE
## REPORT AND RECOMMENDATION

This is a civil action brought by a *pro se* litigant under 42 U.S.C. § 1983.  The Court has reviewed the Report and Recommendation ("R&R") filed by United States Magistrate Judge Ray Kent.  (ECF No. 17.)  The R&R has been duly served on the parties, and no objection has been made within the time required by law.  Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 17) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 14) is **GRANTED**.

A judgment will enter in accordance with this order.

Dated: March 23, 2017                      /s/ Janet T. Neff
                                         JANET T. NEFF
                                       UNITED STATES DISTRICT JUDGE